IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Bojan Cicic,<br><br>   Defendant. | Adversary Proceeding Case No. 17-1597 EEB |

NOTICE OF FAILURE TO COMPLY WITH
LOCAL BANKRUPTCY RULE 5005-4

  On December 18, 2017, Attorney Robert Busch filed this Adversary Proceeding in paper. Pursuant to Local Bankruptcy Rule 5005-4, enacted on December 1, 2017, all documents filed by attorneys must be electronically filed via CM/ECF.

  PLEASE TAKE NOTICE that future filings by Attorney Robert Busch must be filed electronically, failing which may result in the issuance of sanctions pursuant to Local Bankruptcy Rule 1001-1(g).[1]

  DATED this 19th day of December, 2017

                 BY THE COURT:

                 *Elizabeth E. Brown*
                 _____
                 Elizabeth E. Brown, Bankruptcy Judge

---

[1] Registration information and training for attorneys filing through CM/ECF are available under "Electronic Services" on the Court's website at www.cob.uscourts.gov. Proofs of claim may be filed electronically through the Court's online proof of claim system at https://www.cob.uscourts.gov/proof-claim.