# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:  BOJAN CICIC<br>         KARLA CICIC<br><br>Debtors.<br>_____<br><br><br>STONEBRIDGE INVESTMENTS, L.L.C.<br>f/k/a Stonebridge Leasing, LLC<br><br>Plaintiff,<br><br>v.<br><br>BOJAN CICIC<br><br>Defendant. | CASE NO. 17-18725 EEB<br><br>CHAPTER 7<br><br><br><br><br><br><br>**Adv. Proc. No. 17-1597 EEB** |

## UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS ADVERSARY PROCEEDING

BOJAN CICIC, Defendant, by and though counsel **STAGGS MORRIS, P.C.,** states as follows:

1. The undersigned has contacted counsel for the Plaintiff, who has no objection to the instant Motion.

2. The parties have reached an agreement for a full resolution of all matters at issue before the court.

3. In support of this agreement, the parties have fully executed a comprehensive Settlement Agreement specifying the terms of the settlement.

4. A true and correct copy of the Settlement Agreement is attached to this Motion.

5. Notwithstanding dismissal of this action, the court shall retain jurisdiction to reopen this case and enter judgment in the event of a settlement default as specified in the Settlement Agreement.

**WHEREFORE, t**he parties request that the court dismiss this action with prejudice, reserving jurisdiction to reopen for default, each party to pay his or its own fees and costs.

Dated: March 28, 2018

**STAGGS MORRIS, P.C.**

/s/  William A. Morris
William A. Morris, #21452
1800 Glenarm Place, Suite 1650
Denver, Colorado 80202
*Tel:* 303.750.9900
*Email:* WAMorris@StaggsMorris.com

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the date indicated below, I mailed a true and correct copy of the foregoing pleading via the US Mail, postage prepaid, to:

Robert G Busch
P.O. Box 3931
Greenwood Village, CO 80155

Date: March 29, 2018                              /s/ William A. Morris